JPML FORM 1A                     DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 352 -- In re Air Crash at Funchal, Madeira (Portual) on Novmber 19, 1977

| Date | No. Code | |
|---|---|---|
| 6/2/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERT. OF SERVICE -- Defendant, Transportes Aereos Portugueses (emh) <br> SUGGESTED TRANSFEREE DISTRICT: S.D. New York <br> SUGGESTED TRANSFEREE JUDGE:                           (emh) |
| 6/12/78 | | REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE -- Borden, Inc., GRANTED to 6/30/78                                   (rew) |
| 6/12/78 | | APPEARANCES -- Edmund W. Sinnott, Esq. for B.F. Goodrich Co. <br>             William P. Richmond, Esq. for Borden, Inc. <br>             John D. Kelly for Orinoka Mills, Inc. <br>             Ernest D. Kennedy, Esq. for Uniroyal, Inc. <br>             William H. Schrader, Esq. for United Technologies Corp. <br>             Keith Gerrard, Esq. for Boeing Co. <br>             Alan J. Konigsberg, Esq. for Thelma Ewig and David Disick |
| 6/13/78 | | APPEARANCE-- Charles F. Krause, Esq. for ~~Augusto Fernando Dos~~ Augusto Fernando Dos Santos Miranda |
| 6/16/78 | 2 | RESPONSE -- Boeing Company w/cert. of svc. ~~###~~ and Brief in support of. (ea) |
| 6/19/78 | 3 | RESPONSE -- Disick and Ewig, w/cert. of svc. (emh) |
| 6/19/78 | 4 | RESPONSE/BRIEF -- Uniroyal, Inc. -- w/cert. of service (cds) |
| 6/21/78 | 5 | RESPONSE -- Defendant Orinoka Mills, Inc. -- w/cert. of service (cds) |
| 6/21/78 | 6 | RESPONSE/Brief -- Plaintiff Miranda -- w/cert. of service (cds) |
| 6/28/78 | 7 | RESPONSE, BRIEF IN SUPPORT OF, CERT. OF SVC. -- B. F. Goodrich Co. (ea) |
| 7/5/78 | 8 | RESPONSE -- Borden, Inc. w/cert. of service (pdh) |
| 7/7/78 | 9 | RESPONSE -- Crane Corp., Hydor Aire Div. and Hydro Aire Corp. (a div. od Crame Corp.) -- w/cert. of service (pdh) |
| 7/7/78 | 10 | REPLY BRIEF -- Movant Transportes Aeroes Portugueses w/cert. of svc. (pdh) |
| 7/7/78 | | APPEARANCE -- Thomas W. Conklin, for Crane Corp. Hydro Aire Corp. |
| 7/18/78 | 11 | SUPPLEMENTAL BRIEF IN OPPOSITION TO TRANSFER (A-1) -- Plaintiff Augusto Dos Santos Miranda, w/exhibits A and B, cert/of svc. (emh) |
| 7/28/78 | 12 | SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF MOTION TO TRANSFER -- Defendant Transportes Aereos Portugueses -- w/cert. of service (cds) |
| 7/28/78 | | APPEARANCE -- WILLIAM V. JOHNSON, ESQ. for Bendix Corp. (rew) |
| 8/7/78 | | LETTER -- Bordon, Inc. -- WITHDRAWING PLEADING NO. 8 and ENCLOSING ORDER OF DISMISSAL IN N. ILLINOIS (cds) |
| 8/17/78 | 13 | REPLY -- Crane Corp. and Hydro Aire Corp. to Memorandum of Transportes Aereos Portugueses (TAP) with Exhibit A, and w/cert. of svc. (emh) |
| 8/21/78 | 14 | SECOND SUPPLEMENTAL BRIEF -- Plaintiff Augusto Dos Santos Miranda with cert. of service. (emh) |
| 9/1/78 | | HEARING ORDER -- setting A-1, A-2 and A-3 for hearing in ~~Milwaukee Wisc.~~ Chicago Ill. on Sept. 29, 1978. (ea) |

JPML FORM 1A - Continuation                          DOCKET ENTRIES -- p. _____

DOCKET NO. _____--_____

| Date | No. Code | |
|---|---|---|
| 9/11/78 | 15 | RESPONSE IN OPPOSITION TO MOTION TO TRANSFER - Crane Corp., Hydro Aire Division and Hydro Aire Corp. -- w/cert. of serv.  cds |
| ~~9/20/78~~ | ~~16~~ | ~~SUPPLEMENTAL REPLY BRIEF -- in opposition memo of Defendants Crane Corp. -- w/cert. of svc. (emh)~~ ~~xkxixxHarrisxvxxAxHxxRobinsxxDxxHawaiix,xx78x0272~~ |
| 9/20/78 | 16 | SUPPLEMENTAL REPLY BRIEF -- Transportes Aereos Portugueses -- w/cert. of service (emh) |

JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ --  _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 12/15/78 | | ORDER -- Denying transfer of A-1 thru A-3 as MOOT under Section 1407    (emh) |

DOCKET NO. 352 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash At Funchal, Madeira (Portugal) on November 19, 1977

## Summary of Panel Actions

Date(s) of Hearing(s) _____
Consolidation Ordered _MOOT_ 12/5/78  Consolidation Denied _____
Opinion and/or Order _____
Citation _____

Transferee District _____     Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Augusto Fernando Does Santos Miranda, v. Transportes Aereos Portugueses, et al. | N.D.IL. McGarr | 78 C 2143 | | | | |
| A-2 | Thelma Ewig, et al. v. Transportes Aereos Portugueses | S.D.N.Y. Weinfeld | 78-1105 | | | | |
| A-3 | David Disick, et al v. Transportes Aereos Portugueses | S.D.N.Y. Weinfeld | 78-623 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 352 -- In re Air Crash at Funchal, Madeira (Portugal) on November 19, 1977

THELMA EWIG, ET AL. (A-2)
DAVID DISICK, ET AL. (A-3)
Alan J. Konigsberg
99 Park Avenue
New York, New York 10016

AUGUSTO FERNANDO DOES SANTOS MIRANDA (A-1)
Charles F. Krause, Esq.
Speiser & Krause, P.C.
200 Park Avenue
New York, N.Y. 10017

ORINOKA MILLS, INC.
John D. Kelley, Esq.
O'Brien, Kelly & Rode
220 Mineola Boulevard
Mineola, New York 11501

BORDEN, INC.
William P. Richmond
Sidley & Austin
One First National Plaza
Chicago, Illinois 60603

B.F. GOODRICH-CORPORATION
Edmund W. Sinnott, Esq.
Pope, Ballard, Shepard & Fowle
69 West Washington Street
Chicago, Illinois 60602

BENDIX CORPORATION
(Electrical Components Div.)
William V. Johnson, Esquire
Maddux, Johnson & Cusack, Ltd.
One North LaSalle Street
Suite 1900
Chicago, Illinois 60602

TRANSPORTES AEREOS PROTUGUESES (TAP)
George N. Tompkins, Jr.
Condon & Forsyth
1251 Ave. of the Americas
New York, New York 10020

THE BOEING COMPANY
Keith Gerrard, Esq.
Perkins, Coie, Stone, Olsen & Williams
1900 Washington Building
Seattle, Washington 98101

UNITED TECHNOLOGIES CORP.
William H. Schrader, Esq.
Heineke & Schrader
135 South LaSalle Street
Chicago, IL 60603

CRANE CORPORATION & HYDRO AIRE CORPORATION
Box 7722
Burbank, California 91510

UNIROYAL, INC.
Ernest D. Kennedy, Esq.
Mendes & Mount
Three Park Avenue
New York, N.Y. 10016

CRANE CORPORATION
HYDRO AIRE CORP.
Thomas W. Conklin, Esq.
Coklin, Leahy & Eisenberg, Ltd.
329 S. LaSalle St., Suit2 1200
Chicago, Illinois 60603

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 352 -- In re Air Crash at Funchal, Madeira (Portugal) on November 19, 1977

| Name of Party | Named as Party in Following Actions |
|---|---|
| Transprotes Aereos ###### Portugueses (TAP) | A-1, A-2, A-3 |
| The Boeing Company | A-1 |
| United Technologies Corp. | A-1 |
| Pratt & Whitney Aircraft Corp. (Div. of United Technologies Corp.) | A-1 |
| Hamilton Standard Corp. Div-United Technologies | A-1 |
| The Bendix Corp. | A-1 |
| Electrical Components Div. | A-1 |
| Crane Coporation | A-1 |
| Hydro Aire Corp (Division of Crane Corp.) | A-1 |
| Uniroyal Inc. | A-1 |
| Orinoka Mills, Inc. | A-1 |

p. 2

| | |
|---|---|
| Borden, Inc. | A-1 |
| B.F. Goodrich Corp. | A-1 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |