DOCKET NO. 352

DEC 15 1978

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

12/15/78

IN RE AIR CRASH DISASTER AT FUNCHAL, MADEIRA (PORTUGAL) ON NOVEMBER 19, 1977

ORDER DENYING TRANSFER AS MOOT

The Illinois action listed on the attached Schedule A was remanded to Illinois State Court on November 22, 1978 by the United States District Court for the Northern District of Illinois. Since the two remaining actions listed on Schedule A are pending in the same district, consideration of the question of transfer under 28 U.S.C. §1407 in this litigation has become moot.

IT IS THEREFORE ORDERED that the motion for transfer under Section 1407 in this litigation be DENIED as MOOT.

FOR THE PANEL:

John Minor Wisdom
Chairman

DOCKET NO. 352
SCHEDULE A

| NORTHERN DISTRICT OF ILLINOIS | Civil Action No. |
|---|---|
| Augusto Fernando Does Santos Miranda v. Transportes Aereos Portugueses, et al. | 78-C-2143 |

| SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| Thelma Ewig, et al. v. Transportes Aereos Portugueses | 78-1105 |
| David Disick, et al. v. Transportes Aereos Portugueses | 78-623 |